UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
September 07, 2017
David J. Bradley, Clerk

| | | |
|---|---|---|
| Jennifer Gibbons, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-17-1769 |
| | § | |
| NA Pizza, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## Conditional Dismissal

1.  Having been advised that a settlement has been reached, the court dismisses this case with prejudice except that the parties may move for reinstatement by October 9, 2017.

2.  This court retains jurisdiction to enforce the settlement.

Signed on September 7, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge