| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
November 28, 2017
David J. Bradley, Clerk

Jennifer Gibbons, §
§
    Plaintiff, §
§
versus §    Civil Action H-17-1769
§
NA Pizza, LLC, et al., §
§
    Defendants. §

# Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. The settlement is approved.

3. This court retains jurisdiction to enforce the settlement.

Signed on November 27, 2017, at Houston, Texas.

                                    Lynn N. Hughes
                              United States District Judge